# STATE OF LOUISIANA

# COURT OF APPEAL, THIRD CIRCUIT

## 14-1029
## CONSOLIDATED WITH 14-1028

**AMY TEPPER, ERIC TEPPER,
AND LENI TEPPER**

**VERSUS**

**RED RIVER ACADEMY, L.L.C.,
ALICIA DAVENPORT HALL, AND
456 INSURANCE COMPANY**


## CONSOLIDATED WITH


**AMY TEPPER**

**VERSUS**

**RED RIVER ACADEMY, L.L.C.**


**\*\*\*\*\*\*\*\*\*\*\*\***

## APPEAL FROM THE
## NINTH JUDICIAL DISTRICT COURT
## PARISH OF RAPIDES, NO. 243,384 C/W 243,378 DIV. "B"
## HONORABLE THOMAS M. YEAGER, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\*\*\***

## JAMES T. GENOVESE
## JUDGE

**\*\*\*\*\*\*\*\*\*\*\*\***

Court composed of Ulysses Gene Thibodeaux, Chief Judge, James T. Genovese, and D. Kent Savoie, Judges.

**REVERSED.**

**Joshua M. Palmintier**
**Jennifer Prescott**
**deGravelles, Palmintier, Holthaus & Fruge, L.L.P.**
**618 Main Street**
**Baton Rouge, Louisiana 70801-1910**
**(225) 344-3735**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
**Amy Tepper, Eric Tepper, and Leni Tepper**

**R. Scott Iles**
**Post Office Box 3385**
**1200 West University Avenue**
**Lafayette, Louisiana 70506**
**(337) 234-8800**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
**Amy Tepper**

**David F. Bienvenu**
**Shannon H. Huber**
**Allison D. Tassin**
**Simon, Peragine, Smith & Redfearn, L.L.P.**
**30th Floor - Energy Centre**
**1100 Poydras Street**
**New Orleans, Louisiana 70163**
**(504) 569-2030**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**Red River Academy, L.L.C.**

**GENOVESE, Judge.**

For the reasons assigned in the companion and consolidated case of *Amy Tepper v. Red River Academy, L.L.C.*, 14-1028 (La.App. 3 Cir. __/__/15), --- So.3d ---, the judgment of the trial court granting summary judgment in favor of Red River Academy L.L.C., and dismissing all of the claims of Amy Tepper, Eric Tepper, and Leni Tepper, is reversed. Costs of this appeal are assessed to Red River Academy, L.L.C.

    **REVERSED.**